UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.S., | Case No. 1:26-cv-00778-KES-EPG (HC) |
| Petitioner, | |
| v. | ORDER GRANTING MOTION TO PROCEED UNDER PSEUDONYM |
| KRISTI NOEM, Secretary of the United States Department of Homeland Security; PAMELA BONDI, Attorney General of the United States; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Director of the ICE Field Office; MINGA WOFFORD, Warden of Mesa Verde ICE Processing Center, | Doc. 3 |
| Respondents. | |

**ORDER**

The Court, having considered petitioner's motion to proceed under pseudonym, and good cause appearing therefor, the motion is hereby GRANTED.

IT IS SO ORDERED.

Dated:   February 4, 2026

_____
UNITED STATES DISTRICT JUDGE

1